MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6401
Facsimile: (415) 436-66982
Email: damali.taylor@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0383-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| ALBERTO QUINTERO, and JORGE QUINTERO, | |
| Defendants. | |

The above-captioned defendants and the United States of America, by and through their counsel of record, hereby agree and stipulate to continue the jury trial date, presently set for September 30, 2013, until December 2, 2013, with the pre-trial conference and *Miranda* motion to be heard on November 21, 2013. The parties agree that the current pretrial conference and trial dates shall be vacated. The parties further agree and stipulate that the court may exclude the period of time through and including December 2, 2013 from the computation of the period of

///

///

1

1. time within which the trial must commence for the reasons set forth in the proposed order below.

2.

3. DATED: September 19, 2013  MELINDA HAAG
            United States Attorney

_____ /s/_____
DAMALI A. TAYLOR
Assistant United States Attorney

_____/s/_____
HUGH A. LEVINE
Attorney for defendant Alberto Quintero

_____/s/_____
JAMES M. THOMPSON
Attorney for defendant Jorge Quintero

**[] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the jury trial in this matter is re-set from September 30, 2013 to December 2, 2013.  The pre-trial conference and motions hearing date is re-set to November 21, 2013.  Furthermore, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), and the stipulation of the parties, the court excludes the period of time through and including December 2, 2013 from the computation of the period of time within which the trial must commence.  The Court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.  The court bases this finding on the need of counsel for the defendants to review discovery in this case that has been and will be provided to them by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _____

D. LOWELL JENSEN
Senior United States District Judge
Northern District of California

3