1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR  (CABN 262486)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-6982
       Email: damali.taylor@usdoj.gov
8
   Attorney for the United States of America
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA         )   NO. CR-12-0383/F NL
14                                  )
           Plaintiff,                )
15                                  )   STIPULATION AND [] ORDER
   v.                                )   VACATING TRIAL DATE AND DOCUMENTING
16                                  )   EXCLUSION OF TIME UNDER THE SPEEDY
   ALBERTO QUINTERO,                )   TRIAL ACT
17                                  )
           Defendant.                )
18 _____ )

19

...

   ORDER VACATING TRIAL
   DATE AND EXCLUDING TIME
   CASE NO. CR-12-0383

The defendant, ALBERTO QUINTERO, represented by Hugh Levine, Esquire, and the government, represented by DAMALI A. TAYLOR, Assistant United States Attorney, hereby stipulate to vacate the November 21, 2013 pretrial conference date, as well as the December 2, 2013 trial date. The parties are hopeful that they will resolve the matter without the need for trial. The parties further request that the matter be added to the Court's calendar for a December 5, 2013 change of plea. The parties agree that time should be excluded under the Speedy Trial Act through December 5, 2013. Defense counsel is still actively examining the evidence and conducting investigation to discuss a disposition with the government and to meet and confer with his client regarding said disposition.

Based on these facts, the parties stipulate that the currently scheduled November 21, 2013 pretrial conference date and the December 2, 2013 trial date should be vacated. The parties further stipulate that the matter should be set for a December 5, 2013 change of plea.

The parties further stipulate, in order to review the discovery and to conduct investigation necessary to effectively prepare defendant for either trial or resolution, that time be excluded under the Speedy Trial Act through December 5, 2013. The additional time is necessary to review the evidence and investigate the case, and it is in the best interests of the defendant to do so. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 15, 2013           /s/
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: November 15, 2013           /s/
HUGH LEVINE
Counsel for the Defend

ORDER VACATING TRIAL
DATE AND EXCLUDING TIME
CASE NO. CR-12-0383

1 **[] ORDER**

2  For the foregoing reasons, the Court HEREBY ORDERS that the November 21, 2013 pretrial
3 conference date and the December 2, 2013 trial date are vacated.  The Court also HEREBY ORDERS
4 that the matter is set for a December 5, 2013 change of plea.

5  The Court finds that good cause is shown for extending the time limits set forth under Rule
6 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

7  The Court finds that the failure to grant the requested extension would deny counsel the
8 reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
9 The Court finds that the ends of justice served by granting the requested extension outweigh the best
10 interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.
11 The Court also concludes that an exclusion of time through and including December 5, 2013, should be
12 made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also
13 finds that the ends of justice served by excluding the period through and including December 5, 2013
14 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

16 **IT IS SO ORDERED**.

18 Dated: _____         _____
                                  D. LOWELL JENSEN
19                                UNITED STATES DISTRICT JUDGE

ORDER VACATING TRIAL
DATE AND EXCLUDING TIME
CASE NO. CR-12-0383