1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  DAMALI A. TAYLOR  (CABN 262486)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-6982
       Email: damali.taylor@usdoj.gov
8
   Attorney for the United States of America
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                              SAN JOSE DIVISION
13
14  UNITED STATES OF AMERICA        ) NO. CR-12-0383 DLJ
                                    )
15       Plaintiff,                 )
                                    ) STIPULATION AND [] ORDER
16  v.                              ) CONTINUING DATE FOR CHANGE OF PLEA
                                    ) AND DOCUMENTING EXCLUSION OF TIME
17  ALBERTO QUINTERO,               ) UNDER THE SPEEDY TRIAL ACT
                                    )
18       Defendant.                 )
    _____    )

ORDER CONTINUING PLEA
DATE AND EXCLUDING TIME
CASE NO. CR-12-0383

1  The defendant, ALBERTO QUINTERO, represented by Hugh Levine, Esquire, and the
2 government, represented by DAMALI A. TAYLOR, Assistant United States Attorney, hereby stipulate
3 to a continuance of the December 5, 2013 change of plea date until December 19, 2013.  The
4 continuance is a result of the unforeseen unavailability of defense counsel.  The parties agree and
5 stipulate that time should be excluded under the Speedy Trial Act through December 19, 2013 on the
6 basis of continuity of counsel.  The parties agree that the ends of justice served by granting such an
7 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
8 § 3161(h)(7)(A).

10 SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 25, 2013              /s/
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: November 25, 2013              /s/
HUGH LEVINE
Counsel for the Defend

ORDER CONTINUING PLEA
DATE AND EXCLUDING TIME
CASE NO. CR-12-0383

**[] ORDER**

For the foregoing reasons, the Court HEREBY ORDERS that the December 5, 2013 change of plea date shall be continued until December 19, 2013.  The Court finds that good cause is shown for extending the time limits set forth under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.  The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an exclusion of time through and including December 19, 2013, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice served by excluding the period through and including December 19, 2013 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated: FGBEFH

D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE